IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CRUZ VALENZUELA-BORJAS,<br><br>　　　　　　Defendant. | MEMORANDUM DECISION AND ORDER DENYING MOTION FOR RETURN OF PROPERTY<br><br><br>Case No. 2:13-CR-107 TS<br><br>District Judge Ted Stewart |

　　　　This matter is before the Court on Defendant's Motion for Return of Property. Defendant seeks a return of certain property pursuant to Federal Rule of Criminal Procedure 41(g). The government states that these items were seized by state authorities and the government has no evidentiary hold on them. Property "seized and held by state law-enforcement officers is not in the constructive possession of the United States for Rule 41(g) purposes unless it is being held for potential use as evidence in a federal prosecution."[1] Because the government does not possess the items Defendant seeks, his Motion must be denied.

　　　　It is therefore

　　　　ORDERED that Defendant's Motion for Return of Property (Docket No. 75) is DENIED.

　　　　DATED this 28th day of December, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Ted Stewart
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] *United States v. Copeman*, 458 F.3d 1070, 1072 (10th Cir. 2006).